**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **1. KIMBERLY HACKMANN-QUILLMAN,** ) | |
| ) | |
| *Plaintiff*, ) | **Case No.: 14-CV-763-TCK-PJC** |
| ) | |
| **v.** ) | |
| ) | |
| **1. FAMILY SMILES DENTISTRY, P.L.L.C.,** ) | |
| **d/b/a SUPER SMILES a domestic limited** ) | |
| **liability company,** ) | |
| ) | |
| *Defendant*. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

   **COMES NOW** the Plaintiff, Kimberly Hackmann-Quillman, by and through her attorney

of record, Charles C. Vaught of Armstrong & Vaught, P.L.C., and Defendant, Family Smiles

Dentistry PLLC d/b/a Super smiles, by and through its attorney of record, Kevin R. Kelley, of Law

Office of Kevin R. Kelley,  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendant, with each

party to bear their own costs and attorney's fees.

   Dated this 31st day of August, 2015.

1

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA # 19962
ARMSTRONG & VAUGHT, P.L.C.
2727 East 21st Street Suite 505
Tulsa, Oklahoma        74114
(918) 582-2500  Telephone
(918) 583-1755  Fax
cvaught@a-vlaw.com
*Attorney for Plaintiff*


*/s/ Kevin R. Kelley*
Kevin R. Kelley, OBA #11889
Law Office of Kevin R. Kelley
1861 E. 15th Street
Tulsa, OK 74104
(918) 592-4000 - Phone
(918) 744-6300 - Facsimile
kevinkelley@tulsacoxmail.com
***Attorney for Defendant***
*Signed with permission of Kevin Kelley*

2